No. 78–1937. METRO BROADCASTING CO., INC. v. SECRETARY OF THE TREASURY OF PUERTO RICO, *ante*, p. 805;

No. 78–1944. STEWART v. ATTORNEY GRIEVANCE COMMISSION OF MARYLAND, *ante*, p. 845;

No. 78–6665. PAYNE v. CALIFORNIA, *ante*, p. 850;

No. 78–6693. DIXON v. UNITED STATES, *ante*, p. 880;

No. 78–6694. THIESS v. FRANKLIN SQUARE HOSPITAL, INC., ET AL., *ante*, p. 851;

No. 78–6872. MOONEY v. GEORGIA, *ante*, p. 886;

No. 78–6931. PITCHFORD v. SUPREME COURT OF ARKANSAS, *ante*, p. 863;

No. 79–22. AIR FREIGHT HAULAGE CO., INC. v. RYD-AIR, INC., ET AL., *ante*, p. 864;

No. 79–112. COUNTRYMAN v. TEXAS ET AL., *ante*, p. 868;

No. 79–123. RIVERA v. CRUZ ET AL., *ante*, p. 868;

No. 79–166. ERNEST v. UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT, *ante*, p. 820;

No. 79–178. SHUFFMAN, EXECUTRIX v. HARTFORD TEXTILE CORP. ET AL., *ante*, p. 870;

No. 79–180. SHEEDY v. UNITED STATES, *ante*, p. 915;

No. 79–188. ERNEST v. SIRICA, U. S. DISTRICT JUDGE, ET AL., *ante*, p. 820;

No. 79–271. BRIDGER v. ARKANSAS, *ante*, p. 916;

No. 79–5028. SAYLES v. SHUKER, JUDGE, ET AL., *ante*, p. 872;

No. 79–5030. SANDERS ET AL. v. HANKINS ET AL., *ante*, p. 872;

No. 79–5059. JACKSON v. FLORIDA, *ante*, p. 885;

No. 79–5075. SALVATORE v. FLORIDA, *ante*, p. 885;

No. 79–5105. WEAVER v. UNITED STATES, *ante*, p. 900;

No. 79–5143. WILLIS v. GEORGIA, *ante*, p. 885;

No. 79–5165. POSTELL v. TEXAS, *ante*, p. 805;

No. 79–5258. GASKINS v. ASHE, SHERIFF, ET AL., *ante*, p. 919; and

No. 79–5341. W. D. v. ILLINOIS, *ante*, p. 936. Petitions for rehearing denied.